UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-cv-630-FL

| | |
|---|---|
| SONYA SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE TOWN OF GARNER, RODNEY DICKERSON, in his individual capacity, MATT ROYLANCE, in his individual capacity, and B.D. SECHLER, in his individual capacity, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

The Court, having considered Plaintiff's Consent Motion for an Extension of Time to file a response to Defendants' Motion to Dismiss and it appearing to the Court that the Motion is supported by good cause, it is therefore ORDERED that the time to file Plaintiff's Response to Defendants' Motion to Dismiss is extended up to and including February 9, 2024.

This ____ day of _____ 2024.

_____
LOUISE W. FLANAGAN
United States District Judge