UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SONYA SHAW, PHD | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:23-CV-630-FL |
| TOWN OF GARNER, RODNEY DICKERSON, Town Manager, in his individual capacity, MATT ROYLANCE, Assistant Town Manager, in his individual capacity, and B. D. SECHLER, Human Resource Manager, in his individual capacity | ))))))))) | |
|       Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 23, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This judgment Filed and Entered on February 16, 2024, and Copies To:**
June Allison / Valerie Bateman (via CM/ECF Notice of Electronic Filing)
Oumayma El Hamzaoui / William Stewart, Jr. (via CM/ECF Notice of Electronic Filing)

April 23, 2024                    PETER A. MOORE, JR., CLERK

                                          /s/Sandra K. Collins
                                        (By)Sandra K. Collins, Deputy Clerk