UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-cv-630-FL

| | |
|---|---|
| SONYA SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE TOWN OF GARNER, RODNEY DICKERSON, in his individual capacity, MATT ROYLANCE, in his individual capacity, and B.D. SECHLER, in his individual capacity, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having considered parties' Consent Motion to amend the Case Management Order and it appearing to the Court that the Motion is supported by good cause, it is therefore ORDERED that deadlines in that order are extended up to and including the dates indicated below:

Reports from retained experts by plaintiff: August 16, 2025, and by defendants by September 30, 2025.

Mediation deadline: November 1, 2025

Discovery deadline: November 1, 2025

Dispositive motions: December 15, 2025

This 17th day of June, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge